UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE MICHELLE KREJCI,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,<br><br>Defendant. | CASE NO. 25-cv-05670-JHC<br><br>ORDER |

      This matter comes before the Court sua sponte. On November 3, 2025, the Court ordered Plaintiff to show cause within 10 days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 7. She has not done so.

      Accordingly, the Court DISMISSES this action without prejudice.

      Dated this 14th day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1